■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN B. WARREN, Appellant.—Judgment of the County Court, Nassau County, rendered March 14, 1975, affirmed (see *People v Darson,* 48 AD2d 931; *People v*

*Mercogliano,* 50 AD2d 907). Latham, Acting P. J., Margett, Damiani, Rabin and Hawkins, JJ., concur.